# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY GAINES, | ) Case No. CV 14-5910-JPR |
| Petitioner, | ) |
| vs. | ) **J U D G M E N T** |
| CYNTHIA Y. TAMPKINS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Memorandum Opinion and Order Denying Petition and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: March 31, 2015

*Jean Rosenbluth*
JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE